OPINION — AG — **** SALE OF CHECKS ACT — SURETY BOND REQUIREMENT **** (1) UNDER THE SALE OF CHECKS ACT, THE BANK COMMISSIONER MAY NOT WAIVE OR REDUCE SURETY BOND REQUIREMENTS FOR LICENSEES. (2) THE ONLY SECURITY THAT THE BANK COMMISSIONER MAY ACCEPT UNDER THE SALE OF CHECKS ACT IN LIEU OF A SURETY BOND ARE THOSE SET OUT IN 6 O.S. 1970 Supp., 2109 [6-2109](B) CITE: 6 O.S. 1970 Supp., 2108 [6-2108] (PAUL C. DUNCAN)